IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS ANTONIO SATTERFIELD,      )
                                 )
            Plaintiff,           )
                                 )
    v.                           )      1:25-cv-1041
                                 )
SGT MANUEL GIL, CAPTAIN MARK     )
MASSEY, OFFICER T.J. KNAUB,      )
and OFFICER JAMES F. SEIFERT,    )
                                 )
            Defendants.          )

## <u>ORDER</u>

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on January 8, 2026, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 4.) In the Recommendation, the Magistrate Judge recommends that the Complaint should be dismissed without prejudice to Plaintiff continuing to pursue his claims in the already pending cases. The Recommendation was served on Plaintiff January 8, 2026. (Doc. 4.) Plaintiff filed timely objections, (Doc. 6), to the Recommendation.

This court is required to "make a <u>de</u> <u>novo</u> determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff pursuing his claims in the pending cases cites in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 24th day of March, 2026.

_____
United States District Judge

- 2 -